# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# FILE NO. 1:13-cv-00224-MR-DLH

| | |
|---|---|
| ROBERT WILCOXSON, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) CONSENT PROTECTIVE<br>) ORDER |
| BUNCOMBE COUNTY, BOBBY MEDFORD, in his individual and official capacity, SAM CONSTANCE, in his individual capacity, MICHAEL MURPHY, in his individual capacity, JOHN ELKINS, in his individual capacity, UNKNOWN JOHN DOE INVESTIGATORS, in the individual capacities, and UNKNOWN RICHARD ROE SUPERVISORS and POLICYMAKERS, in their individual and official And policymaking capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

    Pending before the Court is the Consent Motion for Protective Order [# 25]. Upon a review of the record and the parties' motion, the Court **GRANTS** the motion [# 25] and enters this Consent Protective Order negotiated by the parties.

    **NOW COMES** Buncombe County, Bobby Medford, Sam Constance, George Sprinkle, Michael Murphy, and John Elkins (hereafter " the Defendants"), by and through their respective undersigned counsel, Robert Wilcoxson, (hereinafter "the Plaintiff"), by and through his undersigned counsel, and the North Carolina Innocence Inquiry Commission (hereinafter "the Commission") by its Executive Director, and the North Carolina State Bureau of Investigation (hereafter "SBI"), by and through its undersigned counsel, and the North Carolina State Crime Laboratory ( hereafter "Laboratory"), by and through its undersigned counsel and stipulate to the entry of this Protective Order, authorizing the release of the Commission's investigative file, which includes Laboratory file number R 2000

24857, and SBI file number 2000-03156, to the attorneys for Plaintiff and Defendants.  The terms of this Consent Protective Order shall be as follows:

1. Except as may be otherwise provided by further order of this Court, all documents and /or materials disclosed pursuant to this ORDER shall be used only in connection with litigation in the above referenced caption and shall be disclosed only to the following persons:

   a. Parties and counsel for all parties, including attorneys and their respective staffs;

   b. Consultants and experts involved in this litigation;

   c. Any potential witness in this litigation, to the extent that it is necessary to tender to such witness a confidential document in order to elicit information relevant to the matters at issue in said litigation;

   d. Court reporters, their transcribers, assistants and employees;

   e. Any mediator designated by the Court or the parties to mediate this matter with the parties;

   f. Any adjuster, claim representative or legal counsel working for an Insurance Company contractually responsible for providing a legal defense to or indemnifying any of the Defendants pursuant to insurance policies purchased by Defendant Buncombe County; and

   g. All other persons to whom disclosure may be necessary to prosecute or defend this litigation.

2. The individuals and entities that are provided a copy of the Commission's investigative file are hereby ordered not to show, convey or reproduce any documents so designated, any parts or copies thereof, or any matter contained therein, to include extracts or summaries, to any individual or entity that would not otherwise have access to said documents, materials, or information under the provisions of this Protective Order.  The parties may make

copies of documents contained in the Commission's investigative file for their own use in this litigation.

3. The Parties may provide copies of material contained in the Commission's investigative file to the persons identified in paragraph 1 above, provided that such persons agree that they will keep such material confidential.

4. The production or disclosure of the Commission's investigative file pursuant to the terms of this ORDER shall not waive or prejudice the right of any party to object to the production or admissibility of documents or information, on grounds other than confidentiality, in this litigation.

5. All information and materials derived from the Commission's investigative file shall be used by the parties only in connection with the litigation of this matter and shall not be used or disclosed to or by any person for any other purpose, except as provided herein.

6. The parties are responsible for notifying any person who is provided any portion of the Commission's investigative file of the terms of this Protective Order. The parties shall keep a record of all persons to whom such disclosures are made.

7. It is specifically agreed that making the materials or documents available for inspection and the production of the materials or documents shall not constitute a waiver by the parties or the Commission of any claim of confidentiality, and the production of such materials or documents shall not be considered as an acknowledgment that the materials or documents may be admissible into evidence at the hearing of this matter.

8. Upon final adjudication of this action, the disposition of all confidential information subject to the provisions of this Order (including any copies made and/or computer materials made or stored) shall be subject to further Order of this Court.

9. This Protective Order shall not prevent the parties, counsel for the SBI and Laboratory, or the Commission from applying for relief from this Protective Order, or from applying for further or additional Protective Orders, or

from agreeing between themselves to modification of this Protective Order, with the concurrence of the Commission and subject to the approval of the parties.

    10.   This Protective Order shall not apply to documents or materials that have otherwise become public records pursuant to N.C.G.S. 15A-1468(e), or that have been lawfully obtained from a source other than the Innocence Commission's files.

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge



Agreed to this the 20th day of November 2013.

    /s/ Curtis W. Euler
    Curtis W. Euler, NCSB # 22043
    Buncombe County Attorneys' Office
    Attorney for Defendant Buncombe County
    59 Woodfin Place, Suite 100
    Asheville, NC 28801
    Phone:    (828) 250-4112
    Telefax:   (828) 250-6077
    Email:  curt.euler@buncombecounty.org

    /s/ Joseph P. McGuire
    Joseph P. McGuire, NCSB #6739
    McGuire, Wood & Bissette, P.A.
    Attorney for Defendants Sam Constance
      and John Elkins

48 Patton Avenue, Drhumor Building
Asheville, NC 28801
Telephone: (828) 254-8800
Telefax: (828) 252-2438
Email: jmcguire@mwbavl.com

 /s/ Ervin L. Ball, Jr.
Ervin L. Ball, Jr., NCSB # 185
Ball, Barden & Bell, P.A.
Attorney for Defendant George Sprinkle
Post Office Box 7157
Asheville, NC 28802
Telephone: (828) 252-0682
Telefax: (828) 252-6774
Email: eball@ballnclaw.com

 /s/ Thomas J. Doughton
Thomas J. Doughton, NCSB # 16611
Doughton Rich Blancato
Attorney for Defendant Michael Murphy
633 West 4th Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Email: td@drbattorneys.com

 /s/ Sean F. Perrin
Sean F. Perrin, NCSB # 22253
Womble Carlyle Sandrich & Rice
Attorney for Defendant Bobby Medford, in
   his Official Capacity
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC  28202
Telephone: (704) 331-4992
Email: sperrin@wcsr.com

 /s/ Patrick H. Flanagan

Patrick H. Flanagan, NCSB # 17407
Cranfill Sumner and Hartzog
Attorney for Defendant Bobby Medford, in his Individual Capacity
2907 Providence Road, Suite 200
Charlotte, NC 28211
Telephone:  (704) 940-3419
Email:       phf@cshlaw.com

/s/ John T. Jefferies
John T. Jefferies
NC State Bar No:  22134
Attorney for Coregis/Westport
McAngus, Goudelock & Courie, P.L.L.C.
Post Office Box 30307
Charlotte, North Carolina 28230
Telephone: (704) 643-6303
Facsimile: (704) 643-2376
Email:       jjeffries@mgclaw.com


/s/ David S. Rudolf
David S. Rudolf, NCSB # 8587
Christopher C. Fialko, NCSB # 19010
Rudolf Widenhouse & Fialko
Attorneys for Plaintiff
225 East Worthington Avenue, Suite 200
Charlotte, NC 28203
Telephone:  (704) 333-9945
Telefax:      (704) 335-0224
Email:        dsrudolf@rwf-law.com

/s/ Kendra Montgomery-Blinn
Executive Director, NCSB# 31693
North Carolina Innocence Inquiry Commission

P.O. Box 2448
Raleigh, NC  27602
Telephone:  (919) 890-1580
Telefax:       (919) 890-1937
Email:
kendra.a.montgomery@nccourts.org

/s/ J. Joy Strickland, NCSB# 25695
Attorney for the State Crime Laboratory
121 East Tryon Road
Raleigh, North Carolina 27603
Telephone: (919) 662-4500
Telefax:        (919) 664-4475
Email: jstrickland@ncdoj.gov


/s/  Angel E. Gray, NCSB# 24257
Attorney for the State Bureau of Investigation
3320 Garner Road
Raleigh, North Carolina 27610
Telephone: (919) 662-4500
Telefax:        (919) 662-4523
Email: agray@ncdoj.gov