THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00224-MR-DSC

| | | |
|---|---|---|
| ROBERT WILCOXSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| BUNCOMBE COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order to Show Cause [Doc. 34].

On July 3, 2014, the Court entered an Order directing the Plaintiff to show cause why this case should not be dismissed for failure to serve process on the John Doe Defendants within 120 days as required by Fed. R. Civ. P. 4(m). [Doc. 33]. On July 11, 2014, the Plaintiff filed the present Response, explaining that further discovery will be required in order to determine the identities of the John Doe Defendants who participated in the wrongful conduct that forms the basis of the claims set forth in the Complaint. [Doc. 34].

In light of the Plaintiff's Response to the Show Cause Order, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order is **DISCHARGED**, and the Plaintiff's action against the John Doe Defendants will not be dismissed at this time.

**IT IS FURTHER ORDERED** that the Plaintiff shall have 120 days from the entry of this Order within which to effectuate service upon the John Doe Defendants.

**IT IS SO ORDERED.**

Signed: July 28, 2014

Martin Reidinger
United States District Judge