# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## No: 1:13-CV-00224-MR-DSC

| | |
|---|---|
| ROBERT WILCOXSON, )<br>)<br>*Plaintiff* )<br>)<br>vs. )<br>)<br>)<br>BUNCOMBE COUNTY, BOBBY MEDFORD, in his )<br>individual and official capacities, SAM CONSTANCE in his )<br>individual capacity, GEORGE SPRINKLE, in his individual )<br>capacity, MICHAEL MURPHY, in his individual capacity, )<br>JOHN ELKINS, in his individual capacity, UNKNOWN )<br>JOHN DOE INVESTIGATORS, in their individual )<br>capacities, and UNKNOWN RICHARD ROE )<br>SUPERVISORS AND POLICYMAKERS, in their )<br>individual, official and policymaking capacities, )<br>)<br>*Defendants.* | **ORDER** |

**THIS MATTER** is before the Court on Kate Dreher's "Objection to Subpoena and Motion to Quash" (document #49) and "Plaintiff's Motion to Compel Kate Dreher to Comply with Subpoena" (document #52), along with the parties' briefs and exhibits.

Plaintiff has subpoenaed Dreher, an Assistant District Attorney, to testify and produce documents at a deposition noticed for December 10, 2014. For the reasons stated in Plaintiff's briefs, the Court will <u>grant</u> Plaintiff's Motion to Compel and <u>deny</u> Dreher's Motion to Quash.

**NOW IT IS THEREFORE ORDERED** that:

1. Kate Dreher's "Objection to Subpoena and Motion to Quash" (document #49) is **DENIED**.

2. "Plaintiff's Motion to Compel Kate Dreher to Comply with Subpoena" (document #52) is **GRANTED**.

3. Dreher shall attend the deposition scheduled for December 10, 2014 at 10:00 a.m.,

produce a privilege log for any documents she wishes to withhold on privilege grounds, and assert any privilege she claims to have in response to specific questions posed to her at the deposition.

4. The Clerk is directed to send copies of this Order to counsel for the parties; to counsel for Kate Dreher; <u>and to the Honorable Martin Reidinger</u>.

**SO ORDERED**.

Signed: November 17, 2014

David S. Cayer
United States Magistrate Judge