IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No: 1:13-CV-00224-MR-DSC

| | |
|---|---|
| ROBERT WILCOXSON, ) <br> ) <br> *Plaintiff* ) <br> vs. ) <br> ) <br> BUNCOMBE COUNTY, BOBBY MEDFORD, in his ) <br> individual and official capacities, SAM CONSTANCE in his ) <br> individual capacity, GEORGE SPRINKLE, in his individual ) <br> capacity, MICHAEL MURPHY, in his individual capacity, ) <br> JOHN ELKINS, in his individual capacity, UNKNOWN ) <br> JOHN DOE INVESTIGATORS, in their individual ) <br> capacities, and UNKNOWN RICHARD ROE ) <br> SUPERVISORS AND POLICYMAKERS, in their ) <br> individual, official and policymaking capacities, ) <br> ) <br> *Defendants.* | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Enforce Protective Order and to Bar Kate Dreher from Bringing a Bodyguard to Her Deposition" (document #58) and the "Motion for Stay on Behalf of ADA Dreher" (document #59).

The Court has carefully reviewed the parties' submissions. For the reasons stated in the "Response to Motion to Bar ADA Dreher from Bringing SBI Agent to Deposition" (document #60), Plaintiff's "Motion to Enforce Protective Order and to Bar Kate Dreher from Bringing a Bodyguard to Her Deposition" (document #58) is **DENIED**.

The Clerk is directed to **SEAL** the "Response to Motion to Bar ADA Dreher from Bringing SBI Agent to Deposition" (document #60) and the attachments thereto.

The "Motion for Stay on Behalf of ADA Dreher" (document #59) is **DENIED AS MOOT**.

The Clerk is further directed to send copies of this Order to the parties' counsel and to the

<u>Honorable Martin Reidinger</u>.

**SO ORDERED**.

Signed: December 8, 2014

David S. Cayer
United States Magistrate Judge