# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
No: 1:13-CV-00224-MR-DSC

| | |
|---|---|
| ROBERT WILCOXSON, <br><br> *Plaintiff* <br><br> vs. <br><br> BUNCOMBE COUNTY, BOBBY MEDFORD, in his individual and official capacities, SAM CONSTANCE in his individual capacity, GEORGE SPRINKLE, in his individual capacity, MICHAEL MURPHY, in his individual capacity, JOHN ELKINS, in his individual capacity, UNKNOWN JOHN DOE INVESTIGATORS, in their individual capacities, and UNKNOWN RICHARD ROE SUPERVISORS AND POLICYMAKERS, in their individual, official and policymaking capacities, <br><br> *Defendants.* | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Require Attendance of St. Paul Insurance Company at Mediation" (document #63).

Plaintiff seeks an order compelling non-party St. Paul Insurance Company to attend the mediation in this case. Plaintiff has not cited any authority for the Court to compel a non-party insurance company that has denied coverage to participate in mediation. Accordingly, the Motion is **DENIED**.

The Clerk is further directed to send copies of this Order to the parties' counsel <u>and to the Honorable Martin Reidinger</u>.

**SO ORDERED**.  Signed: December 15, 2014

David S. Cayer
United States Magistrate Judge