# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## No: 1:13-CV-00224-MR-DSC

| | |
|---|---|
| ROBERT WILCOXSON, <br><br> *Plaintiff* <br><br> vs. <br><br> BUNCOMBE COUNTY, BOBBY MEDFORD, in his individual and official capacities, SAM CONSTANCE in his individual capacity, GEORGE SPRINKLE, in his individual capacity, MICHAEL MURPHY, in his individual capacity, JOHN ELKINS, in his individual capacity, UNKNOWN JOHN DOE INVESTIGATORS, in their individual capacities, and UNKNOWN RICHARD ROE SUPERVISORS AND POLICYMAKERS, in their individual, official and policymaking capacities, <br><br> *Defendants.* | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Renewed Motion to Amend Complaint" (document #75) and "Motion for Extension of Time for Serving Summons on Unknown John Doe Investigator Roney Hilliard" (document #73), as well as the parties' briefs and exhibits. For the reasons stated in his briefs, Plaintiff's Motions are <u>granted</u>.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Renewed Motion to Amend Complaint" (document #75) is **GRANTED**. Plaintiff shall file his amended complaint within ten days of this Order.

2. Plaintiff's "Motion for Extension of Time for Serving Summons on Unknown John Doe Investigator Roney Hilliard" (document #73) is **GRANTED**. Plaintiff shall serve his amended complaint on Roney Hilliard within ten days of filing his amended complaint.

3. The Clerk is further directed to send copies of this Order to the parties' counsel <u>and to the Honorable Martin Reidinger.</u>

**SO ORDERED**.	Signed: February 20, 2015

David S. Cayer
United States Magistrate Judge