IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:13-cv-224-MR-DSC

| | |
|---|---|
| ROBERT WILCOXSON, <br><br> Plaintiff, <br><br> vs. <br><br> BUNCOMBE COUNTY, BOBBY MEDFORD, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, SAM CONSTANCE, IN HIS INDIVIDUAL CAPACITY, GEORGE SPRINKLE, IN HIS INDIVIDUAL CAPACITY, MICHAEL MURPHY, IN HIS INDIVIDUAL CAPACITY, JOHN ELKINS, IN HIS INDIVIDUAL CAPACITY, UNKNOWN JOHN DOE INVESTIGATORS, IN THEIR INDIVIDUAL CAPACITIES, AND UNKNOWN RICHARD ROE SUPERVISORS AND POLICYMAKERS, IN THEIR INDIVIDUAL, OFFICIAL AND POLICYMAKING CAPACITIES, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court upon the "Second Motion to Amend Pretrial Order

and Case Management Plan" (doc. 88) of Defendant Buncombe County, and with the consent of counsel for all other represented parties, to amend the Pretrial Order and Case Management Plan (doc. 38) entered on July 29, 2013.

For the reasons stated therein, the Motion is granted and the following deadlines in the Pretrial Order and Case Management Plan (doc. 38) shall be amended as follows:

        Discovery                                       May 15, 2015
        Motions for Summary Judgment       May 15, 2015

**SO ORDERED.**              Signed: May 5, 2015

David S. Cayer
United States Magistrate Judge