THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00224-MR-DSC

| | |
|---|---|
| **ROBERT WILCOXSON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BUNCOMBE COUNTY, et al.,** )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Permission to File Four Consolidated Responses to Defendants' Eight Motions for Summary Judgment [Doc. 118]. The Defendants consent to the Plaintiff's Motion.

For the reasons stated in the Plaintiff's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 118] is **GRANTED**, and the Plaintiff shall be permitted to file four consolidated responses to the Defendants' summary judgment motions and to increase the page limit for two of those four consolidated responses as follows:

(1) One brief, not to exceed fifty (50) pages, addressing Counts I and II.

(2) One brief, not to exceed thirty-five (35) pages, addressing Counts III and IV.

(3) One brief, not to exceed twenty-five (25) pages, addressing the various arguments made by Buncombe County with respect to Count V and the various arguments made on behalf of Defendant Medford in his official capacity.

(4) One brief, not to exceed twenty-five (25) pages, addressing the Defendants' arguments regarding intervening causes and qualified immunity.

(5) All briefs shall be double spaced and in at least 14 point font.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge